**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9:23-cv-80134-MAYNARD**
**[CONSENT CASE]**

PHELIPE CASTRO, et. al.,

    Plaintiff(s),

v.

MEDICARE DIRECT, LLC,

    Defendant.

_____/

## JOINT NOTICE OF COLLECTIVE SETTLEMENT

Plaintiff, PHELIPE CASTRO ("Plaintiff"), and Defendant, MEDICARE DIRECT, LLC ("Defendant") by and through undersigned counsel, and pursuant to Southern District of Florida Local Rules, and this Court's requirements, advise the Court that the Parties have agreed to a settlement, in principle, of all claims set forth within the operative Complaint on a collective-wide basis. Within fourteen (14) days from the filing of this notice, the Parties agree to file an *Agreed* Motion for Court Approval of Settlement, and supporting documentation, for the Court's review.

**USA EMPLOYMENT LAWYERS**
**JORDAN RICHARDS PLLC**
1800 SE 10th Ave. Suite 205
Fort Lauderdale, FL 33316
Tel: (954) 871-0050
*Co-Counsel for Plaintiff and the Collective*

*/s/ Jordan Richards*
Jordan Richards, Esq.
Bar No. 108372
jordan@jordanrichardspllc.com

**EGGNATZ PASCUCCI, P.A.**
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel: (954) 889-3359
*Co-Counsel for Plaintiff and the Collective*

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq.
Bar No. 006726
jeggnatz@justiceearned.com

**LEWIS BRISBOIS BISGAARD**
**& SMITH LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel: (954) 728-1280
*Counsel for Defendant*

*/s/ Jonathan Beckerman*
Jonathan Beckerman, Esq.
Bar No. 568252
Jonathan.Beckerman@lewisbrisbois.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 31st day of July 2023.

By: /s/ *Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372

## SERVICE LIST:

**JONATHAN BECKERMAN, ESQ**.
Florida Bar No. 568252
Jonathan.Beckerman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel: (954) 728-1280
Fax: (954) 728-1282
*Counsel for Defendant*