**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80134-CIV-MAYNARD**

**PHELIPE CASTRO, on behalf of himself**
**and all others similarly situated,**

    Plaintiff,

v.

**MEDICARE DIRECT, LLC,**

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF**
**COLLECTIVE SETTLEMENT AGREEMENT ("JOINT MOTION") [DE 100]**

**THIS CAUSE** is before me upon the above Joint Motion in which the parties seek Court approval of their FLSA settlement agreement. In support of the Joint Motion, the parties have filed the settlement agreement, together with detailed declarations by two of Plaintiffs' attorneys, Jordan Richards, Esq. and Joshua Eggnatz, Esq. On September 12, 2023, I held a final fairness hearing for the purpose of discussing the essential terms of the parties' settlement agreement on the record and evaluating the fairness of the agreement.

For the reasons stated on the record at the fairness hearing, I find that the terms of the parties' fully-executed settlement agreement represent a fair, adequate, and reasonable resolution of a *bona fide* dispute between the parties. Additionally, for the reasons stated on the record, I find that the attorney fees sought—as apportioned to Plaintiff's counsel in the parties' settlement agreement—are reasonable and fair.

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Court Approval of the Collective Settlement Agreement, DE 100, is **GRANTED**. I shall retain jurisdiction to enforce the settlement agreement for thirty (30) days after the date of this Order.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of September, 2023.

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE